**Opinion issued December 20, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00686-CV

_____

**KNA PARTNERS A TEXAS JOINT VENTURE, Appellant**

**V.**

**LOPEZ STEEL ERECTORS, Appellee**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-66186**

---

## MEMORANDUM OPINION

This is an appeal of the trial court's judgment signed August 12, 2016. No opinion has issued in this case. The parties have filed a joint motion to dismiss the appeal, asking this Court "to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in

accordance with the parties' agreement." TEX. R. APP. P. 42.1(a)(2)(A). The parties also ask that we tax costs in accordance with the parties' agreement. The parties have filed a copy of their agreement.

We grant the motion, set aside the judgment without regard to the merits, and remand this cause to the trial court for further proceedings. *See id.* We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.